UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00372-CJC(JDEx)            Date:  July 15, 2022

Title: IRVING CARLOS ZUNIGA V. HOUSE FOODS AMERICA CORPORATION, *ET AL*.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

       Defendants removed this action from state court on March 9, 2022.  (Dkt. 1.)  Plaintiff filed an amended complaint on April 29, 2022.  (Dkt. 12.)  Defendants have answered neither the original nor amended complaint.  In late May 2022, the parties stipulated that Plaintiff would file a Second Amended Complaint within fourteen days of May 31, 2022, and that Defendants would respond fourteen days later.  (Dkt. 16.)  Plaintiff never filed the Second Amended Complaint, and the Court still has no responsive pleading from Defendants.

       The Court **ORDERS** Plaintiff to show cause why this case should not be dismissed.  Plaintiff's response, which could come in the form of a Second Amended Complaint, request for entry of default, or some other explanation, is due **August 1, 2022**.

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk RRP